# ATTACHMENT A

# Request Details

| | |
|---|---|
| Control Number | **COW2022004059** |
| Date Submitted | **08/17/2022** |
| Request Type | **FOIA Request** |

# Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Completed** |
| Estimated Completion Date | |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .**



Received

The request was received by USCIS.



In Process

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.



Completed

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

# Request Details

| | |
|---|---|
| Control Number | **COW2022004198** |
| Date Submitted | **08/25/2022** |
| Request Type | **FOIA Request** |

# Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Completed** |
| Estimated Completion Date | |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link** How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .



## Received

The request was received by USCIS.



## In Process

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.



## Completed

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

# Request Details

| | |
|---|---|
| Control Number | **COW2022005050** |
| Date Submitted | **10/11/2022** |
| Request Type | **FOIA Request** |

# Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Completed** |
| Estimated Completion Date | |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .**



## Pending Review from Subject of Record

Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.



## Received

The request was received by USCIS.



## In Process

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.



## Completed

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010



**COW2022004198**

August 30, 2022

Harvey Reiter
1775 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006

Dear Harvey Reiter:

We received your request for information relating to I-912 Data between January 1, 2018-May 1, 2022. Specifically, you requested:

1. An excel spreadsheet including:

a. The number of 1-912 requests for fee waivers filed in connection with a form for a T visa applicant (i.e. 1-192 with 1-914) between January 1, 2018 and May 1, 2022. Please list each 1-912 filing as a separate line and include a cell indicating the total number of 1-912 requests filed.

b. For each 1-912 listed in (a) above, identify the Country of Citizenship or Nationality as indicated under field 12 of the related 1-914.

c. For each 1-912 listed in (a) above, identify whether the request for fee waiver was denied (did the filing receive a G-1054 letter or rejection as a result?). Please also include a cell indicating the total number of 1-912 denials.

d. For each denial identified in (c) above, the date on which the G-1054 Letter was issued ("1. Today's Date"). If no G-1054 letter was issued, the date on which a denial of the 1-912 and rejection of the underlying form was sent.

e. For each denial identified in (c) above, whether the request was denied on the basis of "Part 2., 1.a. Upon review of your fee waiver request, U.S. Citizenship and Immigration Services (USCIS) has determined that you have not demonstrated an 'inability to pay' the required filing fee for the above noted application, petition, motion or request because of one or more of the following noted reasons ... " Please also include a cell indicating the total number of 1-912 filings denied on this basis.

f. For each denial identified in (c) above, identify whether the request was denied on the basis of "Part 2., 2.a. Due to insufficient information contained in your fee waiver request, USCIS was not able to determine your 'inability to pay' the required filing fee" Please also include a cell indicating the total number of 1-912 filings denied on this basis.

g. If no explanation was provided for the denial, for each such denial please also include a cell indicating the total number of 1-912 filings denied without explanation.

h. For each denial identified in (c) above, whether the Comments section (1.b. and 2.b., respectively) contain more than five words.

i. If the language on the relevant G-1054 letter deviates from the portions quoted here, please note the basis of that denial.

2. Copies of all G-1054 letters issued between January 1, 2018 and December 31, 2021 for any fee waiver requested in coordination with a T nonimmigrant application (such as 1-192).

We have completed a search of all USCIS databases based on your request. Since there are no fees associated with the I-914, no records responsive to your request were located.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal to USCIS at: USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison, Cynthia Munita, for assistance at:

U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064-8010
Telephone: (816) 350-5510
E-Mail: FOIAPAQuestions@uscis.dhs.gov

A FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
Telephone: (202) 741-5770 or (877) 684-6448
Email: OGIS@nara.gov
Website: ogis.archives.gov

Questions concerning this FOIA/PA request may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead or emailed to FOIAPAQuestions@uscis.dhs.gov. Please include the control number listed above on all correspondence with this office. You can now submit a new FOIA request online using our new Freedom of Information Act Records System (FIRST). If you wish to submit a new FOIA/PA request, please visit www.uscis.gov/FOIA for instructions and requirements.

Sincerely,

CMunita

Cynthia Munita
Director, FOIA Operations