# ATTACHMENT B

## Request Details

| | |
|---|---|
| Control Number | COW2023004052 |
| Date Submitted | 06/09/2023 |
| Request Type | FOIA Request |

## Request Status

| | |
|---|---|
| Place in Queue | 818 of 1351 pending requests |
| Status | Files Received |
| Estimated Completion Date | 07/19/2023 |

Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.

For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov) .

 **Pending Review from Subject of Record**
Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.

 **Received**
The request was received by USCIS.

 **In Process**
USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

 **Completed**
USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

| | |
|---|---|
| **From:** | ICE-FOIA@ice.dhs.gov |
| **To:** | Struby, Sarah Lintecum |
| **Subject:** | ICE FOIA 2023-ICFO-28946 |
| **Date:** | Thursday, June 8, 2023 9:05:48 AM |

**External Email – Use Caution**

06/07/2023

Sarah Struby
230 W. McCarty Street
Jefferson City, Missouri 65101

RE:   ICE FOIA Case Number 2023-ICFO-28946

Dear Requester:

This acknowledges receipt of your 6/6/2023, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for 1. Copies of all Form I-914, Application for T Nonimmigrant Status, submitted between January 1, 2018 and May 31, 2023, with personally identifiable information redacted.

2.   Copies of all Form I-192, Application for Advance Permission to Enter as a Nonimmigrant, submitted concurrently with Form I-914, as directed by the Instructions to Form 1-914 (https://www.uscis.gov/sites/default/files/document/forms/i-912instr.pdf, at p. 11). The time period of this request is January 1, 2018 through May 31, 2023. Please redact any personally identifiable information.

3.   Copies of all Form I-912, Request for Fee Waiver, filed with a concurrently submitted Form 1-914 and I-912. The time period of this request is January 1, 2018 through May 31, 2023. Please redact any personally identifiable information.

4.   Any documents related to fees or fee waivers filed with concurrently submitted Forms I-914 and Forms I-192. The time period of this request is January 1, 2018 through May 31, 2023. Please redact any personally identifiable information.

5.   Provide most current Department of Homeland Security chart showing the number of Form I-914 applications submitted for Fiscal Years 2008-2023. Link to chart: https://www.uscis.gov/sites/default/files/document/data/I914t_visastatistics_fy2022_qtr2.pdf.

6.   Any documents recording, reflecting or explaining the denial of any Form I-914 applications, including any documents recording or reflecting or related to the disposition of requests for fee waiver identified in Request #3. The time period of this request is January 1, 2018 through May 31, 2023. Please redact any personally identifiable information.. Your request was received in this office on 6/6/2023.

Upon initial review of your request, I have determined that the information you are seeking is under the purview of the U.S. Citizenship and Immigration Services (USCIS), a DHS component. Therefore, I am referring your request to the FOIA Officer for U.S. Citizenship and Immigration Services (USCIS) for processing and direct response to you. You may contact that office at National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or 1-800-375-5283. For any questions, you may contact USCIS via email at FOIAPAQuestions@uscis.dhs.gov.

Your request has been assigned reference number 2023-ICFO-28946. Please use this number in future correspondence. You may contact this office at (866) 633-1182. Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1