UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HUMAN RIGHTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>　　　　Defendants. | Civil Action No. 24-1295 (APM) |

### **UNOPPOSED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER**

Defendants respectfully request that the Court extend Defendants' answer deadline, currently June 27, 2024, by approximately thirty days, to July 30, 2024. Plaintiff consents to the relief requested in this motion. As further support for this Motion, Defendants state as follows:

1. The Complaint in this action was filed on May 3, 2024, and service on all Defendants was completed on or about May 28, 2024. Plaintiff seeks relief under the Freedom of Information Act ("FOIA") based on FOIA requests seeking certain records "regarding how [Defendant United States Citizenship and Immigration Services ("USCIS")] responds to requests for fee waivers . . . submitted by survivors of human trafficking along with their required waivers of inadmissibility." Compl. ¶ 1. Defendants' answer is currently due on June 27, 2024.

2. The undersigned counsel received a copy of the Complaint earlier this week, and has already taken initial steps to confer with the assigned agency counsel at USCIS. However, Defendants require additional time to confer with the undersigned regarding this dispute and prepare their response to the Complaint. In addition, USCIS is preparing to make a

partial release of records to Plaintiff, which Defendants expect to issue in the next two to three weeks.

3. Defendants seek this extension in good faith and not for purposes of delay. Government counsel require additional time to consult regarding this matter and prepare their response to the Complaint. In addition, Defendants are preparing to release certain records responsive to Plaintiff's FOIA request, which may narrow the issues for litigation. No other deadlines in this action will be affected should the Court grant the requested extension of time. Pursuant to Local Rule 7(m), Defendants conferred with Plaintiff—through their counsel—via email on June 20, 2024, regarding the relief requested in this Motion, and Plaintiff does not oppose this request.

WHEREFORE Defendants respectfully request that Defendants' time to answer the Complaint be extended to and including July 30, 2024. A proposed order is submitted herewith.

Dated: June 21, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>Defendants. | Civil Action No. 24-1295 (APM) |

**PROPOSED ORDER**

Upon consideration of the Unopposed Motion to Extend Defendants' Time to Answer, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendant's answer or other responsive pleading shall be filed on or before July 30, 2024.

SO ORDERED.

Date: _____          _____

United States District Judge