UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>Defendants. | Civil Action No. 24-1295 (APM) |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ANSWER

Pursuant to Fed. R. Civ. P. 6, Defendants respectfully move for an extension of their answer deadline of approximately 30 days, to August 29, 2024. Plaintiff does not oppose this request. As support for this motion, Defendants state as follows:

1. The Complaint in this action was filed on May 3, 2024, and service on all Defendants was completed on or about May 28, 2024. Plaintiff seeks relief under the Freedom of Information Act ("FOIA") based on FOIA requests seeking certain records "regarding how [Defendant United States Citizenship and Immigration Services ("USCIS")] responds to requests for fee waivers . . . submitted by survivors of human trafficking along with their required waivers of inadmissibility." Compl. ¶ 1. Defendants' answer is currently due on July 30, 2024.

2. Defendant USCIS responded to Plaintiff's FOIA requests by releasing certain non-exempt records responsive to Plaintiff's request. USCIS's records indicate that the release was delivered to Plaintiff on July 8, 2024, and on July 30, 2024, Plaintiff (through counsel) confirmed that Plaintiff had received USCIS's release and that Plaintiff wishes to discuss USCIS's withholdings.

3.      Good cause exists to grant the requested extension of time. This is Defendants' second request to extend the answer deadline. Defendants seek this extension to permit the parties time to discuss USCIS's releases and withholdings with Plaintiff in hopes that their dispute can be resolved short of protracted litigation. No other deadlines will be affected should the Court grant this relief. Plaintiff does not oppose the request for an extension given that the parties will use the time to discuss USCIS's responses to Plaintiff's FOIA requests and attempt to narrow the issues remaining for litigation.

WHEREFORE Defendants respectfully request that the Court grant their request to extend the answer deadline in this matter to August 29, 2024. A proposed order is submitted herewith.

Dated: July 30, 2024
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      */s/ Tabitha Bartholomew*
        TABITHA BARTHOLOMEW
        D.C. BAR # 1044448
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        202-252-2529
        Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVOCATES FOR HUMAN RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 24-1295 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of Defendants' motion to extend the deadline to file an answer, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendants shall file their answer or other responsive pleading no later than August 29, 2024.

SO ORDERED.

Date: _____         _____

United States District Judge